IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATALIE MARTEL,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

No. C 11-02961 CRB

**ORDER**

Pending before the Court is Plaintiff's motion for fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in connection with the Court's Order remanding the Commissioner's final decision for reconsideration. See Mot. Fees (dkt. 37); Order (dkt. 34). Defendant asserts that Plaintiff filed the motion prematurely because the Commissioner's time to appeal the Court's Order had not yet expired, and so the Court's judgment was not yet final for purposes of the EAJA. See Opp'n (dkt. 38) at 1 (citing 8 U.S.C. § 2412(d)(2)(G)). The Court finds that the Commissioner's time to appeal has since elapsed. Accordingly, Defendants shall respond to the merits of Plaintiff's motion for fees and costs no later than November 5, 2013. Plaintiff shall submit any reply no later than November 12, 2013.

**IT IS SO ORDERED.**

Dated: October 21, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE