IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE MARTEL,<br><br>             Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security<br><br>             Defendant.                              / | No. C 11-02961 CRB<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

Plaintiff is hereby ORDERED to submit a supplemental brief, of five pages or less, explaining precisely how she calculates (1) the total amount of hours expended by Mr. Ragnes[1] and (2) the total amount of fees requested in her Motion for Fees[2] (dkt. 37). The supplemental brief shall be filed by <u>noon</u> on Wednesday, November 13, 2013.

**IT IS SO ORDERED.**

Dated: November 8, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff notes a total compensable time of 10.8 hours at $135 per hour for paralegal fees. However, in the box next to this number, it appears that Plaintiff has totaled the hours to 11.8, not 10.8. Further, adding the entries individually leads to a total of 27.5 hours, not 10.8 or 11.8 hours. <u>See</u> Mot. Fees at 13-14.

[2] Plaintiff requests a total amount of $11,217.18. However, adding the attorneys' fees, paralegal fees, and costs totals $11,082.18.

G:\CRBALL\2011\2961\order re supp briefing.wpd